## Robin WEAVER, Petitioner,

v.

## LANCASTER NEWSPAPERS INC., Intelligencer Journal and Oscar Lee Brownstein, Respondents.

Supreme Court of Pennsylvania.

April 4, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of April, 2006, the Petition for Allowance of Appeal is hereby **GRANTED, LIMITED** to the question of whether, under this Court's decision in *O'Donnell v. Philadelphia Record Co.*, 356 Pa. 307, 51 A.2d 775 (1947), Respondent Brownstein's alleged actions in granting permission, in the post-complaint timeframe, to a third party to republish the disputed letter to the editor, con-

stitutes sufficient circumstantial evidence of actual malice for the cause of action against Respondent Brownstein to survive his motion for summary judgment.